COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-00453-CV

IN RE RODNEY D. LAKE RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s petition for writ of mandamus and motion for emergency relief and is of the opinion that all relief should be denied.  Accordingly, relator’s petition for writ of mandamus and motion for emergency relief are denied.

PER CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

DELIVERED:  December 22, 2009

FOOTNOTES
1:
See
 Tex. R. App. P. 
47.4.